JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| LEON EUGENE MORRIS, | ) | No. CV 19-3418-CJC (PLA) |
| Plaintiff, | ) ) | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| v. | ) ) | |
| CAPTAIN ANDERSON, et al., | ) ) | |
| Defendants. | ) ) | |

On April 23, 2019, plaintiff filed a pro se civil rights action herein pursuant to 42 U.S.C. § 1983 ("Complaint"), along with a Request to Proceed Without Prepayment of Filing Fees ("Request"). (ECF No. 2). On May 1, 2019, the Court denied plaintiff's Request, as plaintiff is a three-strike litigant under the Prison Litigation Reform Act of 1995 ("PLRA"). The Court ordered plaintiff to pay the filing fee in full within 30 days of the date of that Order in order to avoid immediate dismissal. (ECF No. 6). As of the date of this Order, plaintiff has failed to pay the fees, or otherwise respond to the Court's May 1, 2019, Order, and his time for doing so has expired. Accordingly, the case is now **dismissed without prejudice**.

DATED: June 5, 2019

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE